UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SECOND DIVISION
CIVIL No. _____

| | |
|---|---|
| GRUJICIC, DARKO )<br><br>    Plaintiff, )<br><br>    v. )<br><br>TODD BLANCHE, Acting Attorney General )<br>Of the United States, )<br>MARKWAYNE MULLIN, Secretary, )<br>Department of Homeland Security, )<br>JANE DOE, Director, Atlanta, )<br>U.S. Citizenship and Immigration Services; and )<br>JOSEPH B. EDLOW, Director, )<br>U.S. Citizenship and Immigration Services, )<br><br>    Defendants. ) | **PETITION FOR WRIT**<br>**OF MANDAMUS UNDER**<br>**28 U.S.C. § 1361** |

Plaintiff Darko Grujicic, through undersigned counsel, alleges as follows:

## INTRODUCTION

1.    Mr. Grujicic is an alien who is statutorily eligible to adjust status to that of permanent resident based upon her *bona fide* marriage to a United States Citizen. Mr. Grujicic's Application For Adjustment, Form I-485, has been unlawfully delayed by Defendants. As a consequence, this Court has jurisdiction to order Defendants to adjudicate Plaintiff's application, pursuant to 28 U.S.C. § 1361.

## JURISDICTION AND VENUE

2.    This Court has jurisdiction over the subject matter of this case pursuant to 28 U.S.C. § 1331 (federal question jurisdiction), 28 U.S.C. §1361 (mandamus action to compel an officer or employee of the U.S. or agency thereof to perform a duty owed Plaintiff), 28 U.S.C. § 2201 (a)

1

(declaratory judgment), and 5 U.S.C. § 701 *et seq.* (Administrative Procedures Act).

3.    Venue is proper in this district pursuant to 28 U.S.C. § 1391(e) because Mr. Grujicic resides within the district of this Court and no real property is involved.

PARTIES

4.    Plaintiff Grujicic is national of Bosnia and Herzegovina who is married to a U.S. Citizen and has applied for lawful permanent resident status on that basis. His claim to become a lawful permanent resident arises under 8 U.S.C. § 1255 (a).

5.    Defendants are the U.S. Attorney General, the Secretary of the U.S. Department of Homeland Security, the Director of the Atlanta District Office of the U.S. Citizenship and Immigration Services, and the Director of the U.S. Citizenship and Immigration Services. Defendants are all officers or employees of the United States or an agency thereof, responsible for the granting of, or denial of, Applications to Adjust Status, Form I-485, under the Immigration and Nationality Act and implementing regulations. *See, e.g.,* 8 U.S.C. § 1255, 8 C.F.R. § 103.1.

FACTS

6.    Mr. Grujicic came to the U.S. from Bosnia and Herzegovina on June 3, 2014 as a temporary worker, possessing a J1 visa. *See Exh. 1..* He was not subject to the residency requirements for Adjustment under the J1.

7.    Mr. Grujicic overstayed his J1 status, and in 2015 was placed into removal proceedings by Immigration and Customs Enforcement ("ICE"). He was scheduled for a Master Calendar Hearing on January 12, 2023.

8.    On August 24, 2018, Mr. Grujicic married Ms. Wantivia Mckinney, a U.S. Citizen. *See Exh. 2.*

9.    Shortly thereafter, on December 17, 2018, Ms. Mckinney filed an I-130, Petition

for alien relative for Mr. Grujicic, classifying him as a Husband of a U.S. Citizen. This petition was approved on March 1, 2021 by United States Citizenship and Immigration Services ("USCIS"). *See Exh. 3.*

10. On June 22, 2021 Mr. Grujicic filed an Application to Adjust Status with USCIS and the Executive Office of Immigration Review ("EOIR"). *See Exh. 4.*

11. On September 24, 2021 Mr. Grujicic was fingerprinted for his application. *See Exh. 5.*

12. On February 24, 2022 ICE moved to dismiss his removal proceedings, requesting that his I-485 be sent to USCIS to complete adjudication which was granted by EOIR. *See Exh. 6.*

13. On November 27, 2023, counsel for Mr. Grujicic filed a USCIS e-inquiry; inquiry number SR13312301186CHL. *See Exh. 7.*

14. On January 2025 Mr. Grujicic contacted Senator Tim Scott's office for assistance. The Senator's office filed an inquiry on the case status. *See Exh. 8.*

15. USCIS responded to the inquiry stating that Mr. Grujicic needed to submit a service request through USCIS's 1-800 number. *See Exh. 9.*

16. On August 12, 2025, counsel for Mr. Grujicic filed another USCIS e-inquiry; inquiry number SR12242502857RPA, along with an AR-11 form updating Mr. Grujicic's address and attempting to determine if the case had been transferred. *See Exh. 10, Exh. 11.*

17. On September 9, 2025, USCIS responded to the inquiry stating "We reviewed your case and the application, petition, or other request you filed is still pending. We have determined that your immigration benefit request has not been pending longer than what is normal for the specific request type. Please be assured we are handling your request with the care and dedication it deserves. Once we take action on your application, petition, or other request, we will send a

3

notice to your address on record." *See Exh. 12.*

18.    On April 10, 2026 counsel for Mr. Grujicic again filed an e-inquiry requesting the status of the case; service item number SR11002601788CHL. No response has been received on this request. *See Exh. 13.*

19.    To date, no interview has been scheduled, nor has any action been taken on the case.

20.    Presently, Mr. Grujicic's wife is pregnant and the family is trying to stabilize their family. Under the aggressiveness of the current administration, Mr. Grujicic and his spouse are living in constant worry, causing immense stress with the uncertainty of the pending application. They are requesting his 485 interview be scheduled so that they may assuage their stress and see progress on the case.

21.    In addition, more than three years have passed since Mr. Grujicic has filed his application. Had his application been processed in a timely manner, he would already be eligible to file for naturalization.

22.    Mr. Grujicic has consulted with a number of immigration attorneys, all of whom agree that the delay in her case has been extreme and unreasonable. As a result of the torturous state of uncertainty that Defendants' inaction has created, he has been compelled to initiate the present action.

23.    Presently, USCIS states that normal processing times for the Charleston Field Office, which would be the field office adjudicating Mr. Grujicic's I-485 is 12.5 months.

## CLAIM FOR RELIEF

24.    Defendants' failure to make a determination on Mr. Grujicic's application for adjustment of status within a reasonable period of time, notwithstanding his clear right to relief

and Defendants' clear duty to adjudicate the application, entitles Mr. Grujicic to petition this Court for a Writ of Mandamus pursuant to 28 U.S.C. § 1361.

25. Mr. Grujicic seeks an order compelling Defendants to immediately grant or deny her application for adjustment of status.

**WHEREFORE, Plaintiff requests that the Court:**

26. Grant this petition and order Defendants to adjudicate Mr. Grujicic's application for adjustment of status, Form I-485, immediately;

27. Grant Attorney's fees and costs under the Equal Access to Justice Act and/or other appropriate authority;

28. Grant such other and further relief as may be appropriate.

Dated:                                   Respectfully Submitted,


_____Mark J. Devine_____/
Mark J. Devine Esq.
Atty. Reg. No.:
*Attorneys For Plaintiff* XXXX

5

# Exhibit 1



**BOSNA I HERCEGOVINA**
**БОСНА И ХЕРЦЕГОВИНА**
**BOSNIA AND HERZEGOVINA**

**LIČNA KARTA**
**OSOBNA ISKAZNICA**
**ЛИЧНА КАРТА**
**IDENTITY CARD**

PREZIME / PREZIME /
PREZIME
**GRUJIČIĆ /**
**ГРУЗИЧИЋ**




IME / IME /
GIVEN NAME
**DARKO /**
**ДАРКО**

SPOL / POL /
SEX
**M / М**

DRŽAVLJANSTVO / ДРЖАВЉАНСТВО /
CITIZENSHIP
**BIH / БИХ**

DATUM ROĐENJA / DATUM ROĐENJA /
DATE OF BIRTH
**06.01.1991**

POTPIS / ПОТПИС /
SIGNATURE



VAŽI DO / VRIJEDI DO / VAŽEN DO /
VALID UNTIL
**23.09.2023**

KONTROLNI BROJ / КОНТРОЛНИ БРОЈ / GLOBAL NUMBER
**4MOKO537E**

PLACE OF BIRTH / MJESTO ROĐENJA / MJESTO ROĐENJA /
**SANSKI MOST /**
**САНСКИ МОСТ**

MUNICIPALITY OF RESIDENCE / OPĆINA PREBIVALIŠTA / OPŠTINA PREBIVALIŠTA /
**BANJA LUKA /**
**БАЊА ЛУКА**

ISSUING AUTHORITY / NADLEŽNI ORGAN / NADLEŽNO TIJELO /
**MUP REPUBLIKE SRPSKE, BANJA LUKA /**
**МУП РЕПУБЛИКЕ СРПСКЕ, БАЊА ЛУКА**

ENTITY CITIZENSHIP / ENTITETSKO DRŽAVLJANSTVO / ENTITETSKO DRŽAVLJANSTVO /

JMB / PERSONAL ID NUMBER
**0601991163321**

DATUM IZDAVANJA / DATUM IZDAVANJA / DATE OF ISSUE
**23.09.2013**

KRVNA GRUPA / KRVNA GRUPA / BLOOD TYPE

NAPOMENA / NAPOMENA / REMARK



```
IDBIH4MOKO537E5<<<350915<<<<<<
9101069M2309235BIH<<<<<<<<<<<7
GRUJICIC<<DARKO<<<<<<<<<<<<<<<
```

11/26/2018                                    I94 - Official Website

 For: **DARKO GRUJICIC**


**U.S. Customs and Border Protection**
Securing America's Borders

## Most Recent I-94

Admission (I-94) Record Number : 29361138730

Most Recent Date of Entry: 2014 June 03

Class of Admission : J1

Admit Until Date : D/S

Details provided on the I-94 Information form:

| | |
|---|---|
| Last/Surname : | **GRUJICIC** |
| First (Given) Name : | **DARKO** |
| Birth Date : | **1991 January 06** |
| Passport Number : | **A0581121** |
| Country of Issuance : | **Bosnia and Herzegovina** |

[ Get Travel History ]

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

▶ Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 02/21/2019

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

# Exhibit 2

## STATE OF SOUTH CAROLINA
### CERTIFICATION OF VITAL RECORD

## BIRTH CERTIFICATION

STATE FILE NUMBER:    139-93-043451

NAME OF REGISTRANT:    *WANTIVIA QUANISE MCKINNEY*

DATE OF BIRTH:    NOVEMBER 05, 1993

SEX:    FEMALE

PLACE OF BIRTH:    FLORENCE, SOUTH CAROLINA

COUNTY OF BIRTH:    FLORENCE

MOTHER'S/PARENT'S
MAIDEN NAME:    TERRY MCKINNEY

MOTHER'S/PARENT'S
PLACE OF BIRTH:    FLORIDA

FATHER'S/PARENT'S
NAME:    NO FATHER LISTED

FATHER'S/PARENT'S
PLACE OF BIRTH:    NOT LISTED

DATE RECORD FILED:    NOVEMBER 15, 1993

DATE ISSUED:    NOVEMBER 27, 2018

SPECIAL INSTRUCTIONS:

NA

SC07263305

This is a true certification of the facts on file in the Division of Vital Records, SC Department of Health and Environmental Control.

David E. Wilson, Jr.
Acting Director

Angelia P. Saleeby
Assistant State Registrar

This is watermarked paper. Do not accept without noting watermark. Hold to light to verify watermark.

Revision Date: 04/09/2018



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

## STATE OF SOUTH CAROLINA
## LICENSE AND CERTIFICATE OF MARRIAGE

| 2018002880 | CHARLESTON |
|---|---|
| LICENSE NUMBER | COUNTY |

**A**

SPOUSE / GROOM ☐ / BRIDE ☒

| NAME (First) (Middle) | | (Last) | (Suffix) | LAST NAME ON BIRTH CERTIFICATE (If Different) |
|---|---|---|---|---|
| (1) WANTIVIA QUANISE | | MCKINNEY | | (2) |
| BIRTHPLACE (State or foreign country) | RACE | | | SEX |
| (3) SOUTH CAROLINA | (4) AFRICAN--AMERICAN | | | (5) F |
| BIRTHDATE (Month, Day, Year) | AGE | | | NO. OF THIS MARRIAGE (1st, 2nd, etc.) |
| (6) 11/05/1993 | (7) 24 | | | (8) 1ST |
| RESIDENCE (Street and Number) | | | | |
| (9a) 137 BOGARD ST | | | | |
| CITY, TOWN OR LOCATION | COUNTY | | | STATE OR FOREIGN COUNTRY |
| (9b) CHARLESTON | (9c) CHARLESTON | | | (9d) SOUTH CAROLINA |

**B**

SPOUSE / GROOM ☒ / BRIDE ☐

| NAME (First) (Middle) | | (Last) | (Suffix) | LAST NAME ON BIRTH CERTIFICATE (If Different) |
|---|---|---|---|---|
| (1) DARKO | | GRUJICIC | | (2) |
| BIRTHPLACE (State or foreign country) | RACE | | | SEX |
| (3) BOSNIA AND HERZEGOVINA | (4) CAUCASIAN | | | (5) M |
| BIRTHDATE (Month, Day, Year) | AGE | | | NO. OF THIS MARRIAGE (1st, 2nd, etc.) |
| (6) 01/06/1991 | (7) 27 | | | (8) 1ST |
| RESIDENCE (Street and Number) | | | | |
| (9a) 137 BOGARD STREET | | | | |
| CITY, TOWN OR LOCATION | COUNTY | | | STATE OR FOREIGN COUNTRY |
| (9b) CHARLESTON | (9c) CHARLESTON | | | (9d) SOUTH CAROLINA |

I CERTIFY THAT THE COUPLE HAS SUCCESSFULLY COMPLETED A PREMARITAL PREPARATION COURSE THAT SATISFIES THE QUALIFICATIONS SET FORTH IN S.C. CODE SECTION 20-1-230. ☐ YES ☒ NO

(19)

Application for a license was filed with this court at ____09:59AM____ (time), on the __1st__ day of ____August____, ___2018___.

These are, therefore, to authorize any person qualified to perform marriage ceremonies to perform the marriage ceremony for the persons above named and for the so doing this shall be sufficient warrant. Given under my hand and seal

at ____09:59AM____ (time), this the ____2nd____ day of ____August____, ___2018___.

_____
SIGNATURE OF ISSUING OFFICER

Probate Judge
TITLE OF ISSUING OFFICER

| SIGNATURE OF WANTIVIA QUANISE MCKINNEY | SIGNATURE OF DARKO GRUJICIC |
|---|---|
| (20) | (21) |
| I CERTIFY THAT THE ABOVE NAMED PERSONS WERE MARRIED ON | PLACE OF MARRIAGE |
| AUGUST 24 2018 | CHARLESTON CHARLESTON SOUTH CAROLINA |
| (22) (Month) (Day) (Year) | (23) (City) (County) |
| OFFICIANT-SIGNATURE | OFFICIANT-PRINT NAME |
| (24a) Rev. Ray Moore | (24b) REV. RAY MOORE |
| OFFICIANT-TITLE | |
| (24c) MINISTER | |
| OFFICIANT-MAILING ADDRESS | |
| (24d) 3613 CENTRAL AVE. SUMMERVILLE, SC 29483 | |

DHEC-1747 (11/2014)                    **BRIDE/GROOM/SPOUSE COPY**

# Exhibit 3

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
| --- |

| Receipt Number | | Case Type |
| --- | --- | --- |
| SRC1990133009 | | I130 - PETITION FOR ALIEN RELATIVE |
| **Received Date** | **Priority Date** | **Petitioner** |
| 12/17/2018 | 12/17/2018 | MCKINNEY, WANTIVIA QUANISE |
| **Notice Date** | **Page** | **Beneficiary** A206 755 763 |
| 03/01/2021 | 1 of 1 | GRUJICIC, DARKO |

| | |
| --- | --- |
| WANTIVIA QUANISE MCKINNEY<br>c/o ROBERT ARTHUR CONDY<br>IMMIGRATION LAW OFFICE LLC<br>PO BOX 30010<br>CHARLESTON SC 29417 | **Notice Type:** Approval Notice<br>Section: Husband or wife of U.S. Citizen,<br>201(b) INA |

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

The above petition has been approved. As the petitioner requests, we have sent the petition to the U.S. Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. The NVC processes all approved immigrant visa petitions that need consular action, including the collection of necessary forms and documents. It also determines which consular post is appropriate to complete visa processing. The NVC will then transfer the approved petition to the consular post once processing has been completed and an interview has been scheduled at the Embassy or Consulate.

The NVC will contact the beneficiary of this petition with further information about immigrant visa processing steps.

You should allow a minimum of 45 days for U.S. Department of State processing before contacting the NVC. If you have not received any correspondence from NVC within 45 days, you may contact the NVC at https://nvc.state.gov/inquiry.

For more information about NVC processing, please visit https://nvc.state.gov.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.
NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

National Benefits Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648003
Lee's Summit MO 64002

**USCIS Contact Center: www.uscis.gov/contactcenter**



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  04/01/19

# Exhibit 4



Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

---

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number SRC2126450237 | | Case Type I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS |
|---|---|---|
| Received Date 06/22/2021 | Priority Date | Applicant A206 755 763 GRUJICIC, DARKO |
| Notice Date 06/23/2021 | Page 1 of 2 | Beneficiary A206 755 763 GRUJICIC, DARKO |

DARKO GRUJICIC
c/o MELODY BUSEY
DEVINE & BEARD LAW OFFICE
720 SYT ANDREWS BLVD
CHARLESTON SC 29407

Notice Type: Receipt Notice
Amount received: $1225.00 U.S.
Section: EOIR Form

We have received the application or petition ("your case") listed above. This notice shows that your case was filed on the "Received Date" listed above. It does NOT grant the beneficiary any immigration status, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available if you contact us about your case.

T/U Filings - If you were still in valid U or T nonimmigrant status on the date your Application to Register Permanent Residence or Adjust Status (Form I-485) was received, that status is extended until a decision is reached on your Form I-485. If your status was no longer valid by the date your Form I-485 was received, you will need to file the Application to Extend/Change Nonimmigrant Status (Form I-539) with this office to request an extension of your nonimmigrant status.

Affidavit of Support - If a Form I-864, Affidavit of Support, is required for your filing, please understand that it is a contract between your sponsor and the government of the United States. This means that your sponsor is telling the government that he/she is willing and able to financially support you if needed. It may also make you ineligible for certain Federal, state, or local means-tested benefits, because he/she has indicated that they will support you. If you do receive any means-tested benefits, section 213A(b) of the Immigration and Nationality Act (INA) states that the benefits-granting entity shall request reimbursement from your sponsor.

EMPLOYMENT AUTHORIZATION:
You are authorized to work in the United States while your Application to Register Permanent Residence or Adjust Status (Form I-485) is pending. You may apply for work authorization by submitting an Application for Employment Authorization (Form I-765), pursuant to Title 8 Code of Federal Regulations (8 CFR), section 274a.12(c)(9), to this office. If you have already filed this application, the decision on your application will be sent under separate cover.

DEPARTING FROM THE UNITED STATES:
If you plan to depart the United States, you must obtain permission to return to the United States by requesting advance parole before you leave. If you do not obtain advance parole before your departure, you will be considered to have abandoned your application for adjustment of status and the application will be denied. Please see 8 CFR section 245.23(j), for T adjustment of status applications, and section 245.24(j), for U adjustment of status applications. In addition, you may be unable to re-enter the United States, or you may be placed in removal proceedings before an Immigration Judge. You may apply for advance parole by submitting an Application for Travel Document (Form I-131) to this office. If you have already filed this application, the decision on your application will be sent under separate cover.

If any of the information in your notice is incorrect or you have any questions about your case, you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

Processing time - Processing times vary by form type.
- Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
- If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012

USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C 04/01/19



Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| SRC2126450237 | | I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS |
| Received Date | Priority Date | Applicant  A206 755 763 |
| 06/22/2021 | | GRUJICIC, DARKO |
| Notice Date | Page | Beneficiary  A206 755 763 |
| 06/23/2021 | 2 of 2 | GRUJICIC, DARKO |

Biometrics - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.
If your address changes - If you move while your case is pending, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.

Return of Original Documents - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: if you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

NOTICE: Under the INA, the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will provide you and the legal representative listed on your Form G-28 an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012



USCIS Contact Center: www.uscis.gov/contactcenter

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  04/01/19

# Exhibit 5

 An official website of the United States government     Here's how you know ⌄     Español  ⊕ Multilingual Resources

 U.S. Citizenship
and Immigration
Services

MENU

# Case Status Online

## Case Was Updated To Show Fingerprints Were Taken

As of September 24, 2021, fingerprints relating to your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number SRC2126450237, have been applied to your case. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number  ❓

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE                                              PAPERWORK REDUCTION ACT

## Related Tools

**Change of Address**

# Exhibit 6

Ryan Matsuno
Chief Counsel
Abby Schilling
Assistant Chief Counsel
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
5701 Executive Center Drive

**NON-DETAINED**

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**IMMIGRATION COURT**
**CHARLOTTE, NORTH CAROLINA**

In the Matter of:

**GRUJICIC, Darko**

In Removal Proceedings

File No.: A206 755 763

Immigration Judge: George Riggs

Next Hearing Date: 1/12/2023 at 8:30 a.m.

**U.S. DEPARTMENT OF HOMELAND SECURITY**
**MOTION TO DISMISS WITHOUT PREJUDICE**

The U.S. Department of Homeland Security (Department) moves to dismiss removal proceedings, without prejudice, based on a change in circumstances after issuance of the notice to appear to such an extent that continuation is no longer in the best interest of the government. 8 C.F.R. §§ 1239.2(c), 239.2(a)(7). Specifically, in the exercise of its sole and unreviewable prosecutorial discretion, the Department has reviewed the facts and circumstances of the case and determined that the respondent merits the opportunity to pursue a pending petition or application before U.S. Citizenship and Immigration Services (USCIS) which, if approved, may result in the respondent obtaining an immigration benefit permitting the respondent to remain lawfully in the United States. If the respondent filed a Form I-485 with the court, the Department requests that the court include the originally filed application as an attachment to the court's order pertaining to this motion, as USCIS will be unable to complete its adjudication without the original application.

Dismissal pursuant to this motion is without prejudice and does not constitute a final judgment rendered on the merits of any issue in these proceedings. As appropriate, the Department may, in the exercise of its sole and unreviewable prosecutorial discretion, subsequently seek the respondent's removal, potentially in new removal proceedings. *See generally* 8 C.F.R. § 1239.2(c) (providing that dismissal "shall be without prejudice to the alien or the Department of Homeland Security").

**WHEREFORE**, for the reasons stated above, the Department requests this Court grant its motion to dismiss without prejudice.

Respectfully submitted on this 24th day of February, 2022.

ABBY N SCHILLING Digitally signed by ABBY N SCHILLING
Date: 2022.02.24 08:34:53 -05'00'

Abby Schilling
Assistant Chief Counsel

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**IMMIGRATION COURT**
**CHARLOTTE, NORTH CAROLINA**

In the Matter of:                                         NON-DETAINED

**GRUJICIC, Darko**                                   File No.: A206 755 763

In Removal Proceedings

**ORDER OF THE IMMIGRATION JUDGE**

Upon consideration of the **U.S. Department of Homeland Security Motion to Dismiss Proceedings Without Prejudice**, it is HEREBY ORDERED that the motion be:

[  ] **GRANTED.**

[  ] **DENIED,** because: _____

_____

_____

_____


_____                    _____
Date                                   George Riggs
                                       Immigration Judge


**CERTIFICATE OF SERVICE**

This document was served by: [ M ] Mail; [ P ] Personal Service; [ O ] Other: _____

To: [  ] Alien; [  ] Alien c/o Custodial Officer; [  ] Alien's Atty/Rep.; [  ] DHS

Date:_____                     By: Court Staff_____

**GRUJICIC, Darko**
**A206 755 763**

## CERTIFICATE OF SERVICE

On 2/24/2022, I, Abby Schilling, Assistant Chief Counsel, served a copy of this **U.S. Department of Homeland Security Motion to Dismiss Proceedings Without Prejudice** on Jorge Montes:

☐    by EOIR Courts and Appeals System (ECAS).


☐    by first-class mail, postage pre-paid, to:

☒    by first-class mail, postage pre-paid, by placing into my office's receptacle designated for official "out-going" first class mail, to:

> Jorge Montes
> 831 N. Ashland Ave.
> Chicago, IL 60622

☐    by personally delivering a true copy thereof to the person set forth above.

☐    by electronic service, with prior consent, at the following e-mail address:

☐    by eService pursuant to the Terms and Conditions agreed to between the parties.


ABBY N
SCHILLING

Digitally signed by ABBY N
SCHILLING
Date: 2022.02.24 08:44:07 -05'00'

(signature)

# Exhibit 7

 Gmail                                    **Mark Devine <mark@devineandbeard.com>**

---

## Fwd: Update to Request: SR13312301186CHL

1 message

**Amber Hardy** <amber@devinelaw.us>                        Thu, Apr 30, 2026 at 12:16 PM
To: Mark Devine <mark@devinelaw.us>

Sent from my iPhone

Begin forwarded message:

> **From:** SCOPS-DoNotReply <PSC-DoNotReply@uscis.dhs.gov>
> **Date:** May 24, 2024 at 8:16:36 AM PDT
> **To:** AMBER@devinelaw.us
> **Subject: Update to Request: SR13312301186CHL**
>
>
> Darko Grujicic,
>
> **Form Number:** I485
> **Receipt Number:** SRC2126450237
>
> Thank you for your inquiry. We have received your request and are working diligently to process your case within the processing times posted on the USCIS website. For your reference, USCIS processing time are available here. Due to the high volume of work we are currently receiving, it may take longer to provide you with a final adjudicative decision. We appreciate your continued patience.
>
> We encourage you to create a USCIS online account so that you can file forms online and track your case anytime from anywhere. Steps to creating an account can be found here. If you work with an attorney or representative, they can also create their own account to manage your case, but they cannot use your account.
>
> **Please do not reply to this message. It was sent from an unattended mailbox.**

# Exhibit 8

**TIM SCOTT**
SOUTH CAROLINA

104 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510
Phone: (202) 224-6121
Fax: (202) 228-5143
scott.senate.gov

**United States Senate**

COMMITTEES:
BANKING, HOUSING,
AND URBAN AFFAIRS
FOREIGN RELATIONS
FINANCE
SMALL BUSINESS AND ENTREPRENEURSHIP
SPECIAL COMMITTEE ON AGING

## PRIVACY ACT RELEASE

I am aware that the Privacy Act of 1974 prohibits the release of personal information without my approval.

I, _Darko Grujicic_, authorize USCIS to release information contained in my USCIS records as relevant to checking my case status, and to the extent permitted by law, to Senator Tim Scott and the Member's staff. I certify, under penalty of perjury, that 1.) I provided or authorized all of the information in this privacy release and any document submitted with it; 2.) I reviewed and understand all of the information contained in my privacy release and submitted with it; and 3.) All of this information is complete, true, and correct.

**Sign and Date** _____  Date: _January 28th 2025_

**Address** _7644 Crossgate Blvd, North Charleston, SC 29420_

**Telephone** _843 530 6581_

**Email** _DAZE.GRUJICIC@GMAIL.COM_

**Date of Birth** _01/06/1991_

**Birth Place** _Sanski Most, Bosnia & Herzegovina_

**Alien/ Receipt Number** _A206 755 763 / SRC 2126450237_

Please describe the situation with which you need assistance: _PLEASE NOTE THAT I FILED FORM I-485 ON JANUARY 22, 2021. ON TODAYS DATE, THE PROCESSING TIME FOR FORM I-485 BASED ON MARRIAGE WITH A U.S. CITIZEN IN THE CHARLESTON FIELD OFFICE IN S.L. IS 28 MONTHS. CURRANTY, MY CASE HAS BEEN PENDING WITH THIS OFFICE FOR ABOUT 45 MONTHS. I'VE CONTACTED THE OFFICE NUMROUS TIMES BUT NEVER RELEIVED A RESPONSE WHY IS IT TAKING SO LONG PASS PROCESSING TIME. THANK YOU FOR YOUR TIME._

Have you contacted another Congressional office? _____ Yes___ No _X_

If yes, which Congressional office? _____

GREENVILLE OFFICE
301 NORTH MAIN STREET, SUITE 1006
GREENVILLE, SC 29601
PHONE: (864) 233-6366
FAX: (855) 802-9355

NORTH CHARLESTON OFFICE
2500 CITY HALL LANE, 3RD FLOOR
N. CHARLESTON, SC 29406
PHONE: (843) 727-4525
FAX: (855) 802-9355

COLUMBIA OFFICE
1901 MAIN STREET, SUITE 1425
COLUMBIA, SC 29201
PHONE: (803) 771-6112
FAX: (855) 802-9355

# Exhibit 9

 Gmail

Jeffrey Foote <jeffrey@devinelaw.us>

## Fwd: Office of Senator Scott

**Darko Grujicic** <dare.grujicic@gmail.com>                Tue, Mar 31, 2026 at 12:19 PM
To: Jeffrey Foote <jeffrey@devinelaw.us>

This is all I can find regarding what we just talked about. There's no official document attached to it just the senator Tim Scotts email

---------- Forwarded message ---------
From: **Goff, Brian (Scott)** <Brian_Goff@scott.senate.gov>
Date: Tue, Feb 18, 2025, 11:59 AM
Subject: RE: Office of Senator Scott
To: Darko Grujicic <dare.grujicic@gmail.com>

Dear Darko Grujicic,

Please see the response from USCIS.  Let me know if you have any questions.

Best,

Brian

U.S. Citizenship and Immigration Services (USCIS) records indicate that Mr. Grujicic's case before an Immigration Judge (IJ) was dismissed on February 24, 2022. When a case is dismissed by the IJ, the form I-485 application is not automatically remanded to the Field Office. His case is not at the Charleston Field Office.

He will need to follow the guidelines to request that his file be requested and sent forward for processing to the Charleston Field Office. Please see below:

A review indicates that your removal proceedings have been terminated or dismissed by an Immigration Judge. As you are no longer in removal proceedings, USCIS now has jurisdiction to adjudicate your adjustment of status application. Please submit a Service Request through our 1-800 customer service number indicating that your case was dismissed by an IJ and that you would like for USCIS to continue processing of your I-485 case. The file will be requested from its current location and it will be adjudicated at that time.

**From:** Darko Grujicic <dare.grujicic@gmail.com>
**Sent:** Wednesday, January 29, 2025 9:14 PM
**To:** Goff, Brian (Scott) <Brian_Goff@scott.senate.gov>
**Subject:** Re: Office of Senator Scott

Here is the file signed and dated with the most I could fit in explanation.

Thank you for your time and consideration of this matter.

Darko Grujicic

On Wed, Jan 29, 2025, 12:25 PM Goff, Brian (Scott) <Brian_Goff@scott.senate.gov> wrote:

Hello Darko Grujicic,

Good to speak to you. Please find attached the Privacy Release needed for your case.   Please fill out the attached release form (hand sign) and send it back to me at your convenience (please also include any other relevant documentation in regards to your case).

1.     Email it back to me at this email.

2.     FAX it to me at our office at (855) 802-9355

3.     Or you can mail it to the following address:

Brian Goff

Office of Senator Tim Scott

2500 City Hall Lane

Third Floor

North Charleston, SC 29406

(843) 727-4525 Office

(855) 802-9355 Fax

# Exhibit 10

 Gmail

Jeffrey Foote <jeffrey@devinelaw.us>

## USCIS Service Request Confirmation

1 message

**USCIS-CaseStatus@dhs.gov** <USCIS-CaseStatus@dhs.gov>    Tue, Aug 12, 2025 at 3:33 PM
To: jeffrey@devinelaw.us

## *** DO NOT RESPOND TO THIS EMAIL ***

Date: August 12, 2025

Dear Darko Grujicic,

Thank you for your inquiry, submitted on August 12, 2025, notifying us that your case may be outside normal processing times. We have received your request and assigned it an Inquiry ID (SR12242502857RPA) that we will use for referencing any subsequent messages. USCIS may require at least 60 days to process your request.

USCIS makes every effort to process cases within the projected timeframes listed on the Case Processing Times webpage. If you have not already created a USCIS online account, we encourage you to, so that you can track your case status and receive updates from USCIS at any time. Information on how to create a USCIS online account can be found on my.uscis.gov.

Thanks once again for contacting USCIS.

Please do not reply directly to this message. This email account is used by USCIS only to send messages notifying applicants and petitioners that we have received their inquiry.

-----------------

We offer many online services and tools to help you find the information you need, including:

Check your current case status
Ask about your case
Schedule an appointment
Ask our virtual assistant Emma
Address Changes: If you move, please visit our website for information on how to update your address.

We encourage you to use the online self-service tools within your USCIS online account. You can track the status of your case, update your address, reschedule a biometrics appointment, and for many account holders respond to Requests for Evidence and more using an online account.

If you try our online tools including the technical Help Form and require additional support, you can call the USCIS Contact Center at 800-375-5283 or 800-767-1833 (TDD for the hearing impaired), for assistance.

**U.S. Citizenship and Immigration Services**

National Customer Service Center
1-800-375-5283

TDD for the Hearing Impaired
1-800-767-1833

2:26-cv-01814-RMG    Date Filed 04/30/26    Entry Number 1    Page 34 of 39

# Exhibit 11



## Alien's Change of Address Card

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form AR-11**

---

**NOTE: An asterisk (\*) indicates a mandatory field that must be completed.**

### Information About You

*Family Name (Last Name)
Grujicic

*Given Name (First Name)
Darko

Middle Name (if applicable)

*Date of Birth (mm/dd/yyyy)
01/06/1991

Alien Registration Number (A-Number) (if any)
▶ A- 2 0 6 7 5 5 7 6 3

### Information About Your Address

**\*Present Physical Address** (No PO Boxes)

*Street Number and Name
7649 Crossgate Blvd.

Apt. Ste. Flr. ☐ ☐ ☐  Number

*City or Town
North Charleston

*State
SC

*ZIP Code
29420

**Previous Physical Address**

Street Number and Name
137 Bogard St

Apt. Ste. Flr. ☐ ☐ ☐  Number

City or Town
Charleston

State
SC

ZIP Code
29403

**Mailing Address** (optional)

Street Number and Name

Apt. Ste. Flr. ☐ ☐ ☐  Number

City or Town

State

ZIP Code

### Your Signature

*Your Signature

Date of Signature (mm/dd/yyyy)
08/12/2025

---

# Exhibit 12

 Gmail

Jeffrey Foote <jeffrey@devinelaw.us>

## Your recent inquiry

1 message

**USCIS** <USCIS-CaseStatus@dhs.gov>
To: jeffrey@devinelaw.us

Tue, Sep 9, 2025 at 9:23 AM

U.S. Department of Homeland Security
USCIS Customer Support

Washington, DC 20529

U.S. Citizenship and Immigration Services Tuesday, September 9, 2025

Dear Darko Grujicic:

On 08/12/2025, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

Caller indicated they are:
-- Applicant or Petitioner

Case type:
-- I485

Referral ID:
-- SR12242502857RPA

Type of service requested:

The status of this service request is:

Dear Darko Grujicic,

This is a follow up message to your inquiry SRC2126450237, submitted on 06/22/2021, notifying us that your case may be outside normal processing time.

We reviewed your case and the application, petition, or other request you filed is still pending. We have determined that your immigration benefit request has not been pending longer than what is normal for the specific request type. Please be assured we are handling your request with the care and dedication it deserves. Once we take action on your application, petition, or other request, we will send a notice to your address on record.

Please log in or create a USCIS online account so you can track your case status and receive updates from USCIS at any time. Information on how to create a USCIS online account is available at myaccount.uscis.gov/create-account.

We appreciate your continued patience.


Please do not reply directly to this message. This email account is used by USCIS only to send messages to notify applicants and petitioners.

# Exhibit 13

 Gmail

Jeffrey Foote <jeffrey@devinelaw.us>

## USCIS Service Request Confirmation

1 message

**USCIS-CaseStatus@dhs.gov** <USCIS-CaseStatus@dhs.gov>
To: jeffrey@devinelaw.us

Fri, Apr 10, 2026 at 1:31 PM

**\*\*\* DO NOT RESPOND TO THIS EMAIL \*\*\***

Thank you for your request:

USCIS will review and process the request.

Expect a reply by May 12, 2026.

Your request ID Number is SR11002601788CHL

Sincerely,

System Support Team

 **U.S. Citizenship and Immigration Services**

National Customer Service Center
1-800-375-5283

TDD for the Hearing Impaired
1-800-767-1833